1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for JOHN SCHMID

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9                          **SACRAMENTO**

10  THE UNITED STATES OF AMERICA,          )  **No. 2:10-CR-00053-EFB**
                                           )
11            Plaintiff,                   )
                                           )
12       vs.                               )  **ORDER FOR**
                                           )  **DISMISSAL PURSUANT**
13  JOHN SCHMID,                           )  **TO 18 U.S.C. § 3607(a)&(b)**
                                           )
14            Defendant.                   )
    ───────────────────────────────────────)

15

16        FOR  GOOD  CAUSE  SHOWN,  IT  IS  ORDERED  THAT   the  above  misdemeanor

17  Information pending against defendant, JOHN SCHMID, be dismissed.  The defendant successfully

18  completed a grant of pre-judgment probation without violation and for that reason this Information

19  is dismissed pursuant to 18 U.S.C. §3607(a) and (b).

20

21  SO ORDERED.

    DATED:  March 29, 2011.
22                              _____
                                EDMUND F. BRENNAN
23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28